PROB 12A
(12/98)

# United States District Court

for

## Southern District of Ohio

### Report on Offender Under Supervision

Name of Offender: **Deborah S Strong**                                     Case Number: **1:01CR00073**

Name of Sentencing Judicial Officer:    **The Honorable Susan J. Dlott**
**United States District Judge**

Date of Original Sentence: **February 14, 2002**

Original Offense: **Embezzlement of Bank Funds**

Original Sentence: **1 day(s) prison, 36 month(s) supervised release**

Type of Supervision: **Term Of Supervised Release**    Date Supervision Commenced: **February 14, 2002**

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| #1 | FAILURE TO PAY RESTITUTION |

THE DEFENDANT WAS ORDERED TO PAY RESTITUTION IN THE AMOUNT OF $20.000.00, AND HER SUPERVISION IS SCHEDULED TO EXPIRE ON 2-13-05.

U.S. Probation Officer Action: **I AM RECOMMENDING THAT NO ACTION BE TAKEN, AND THAT THE CASE EXPIRE WITH A RESTITUTION BALANCE OF $17,845.00. I HAVE REVIEWED THE DEFENDANT'S MONTHLY BUDGET AND SHE IS PAYING AS MUCH AS SHE CAN PAY TOWARD RESTITUTION. SHE IS MAKING REGULAR PAYMENTS OF $100.00 PER MONTH. THEREFORE THE VICTIM HAS BEEN NOTIFIED OF MRS STRONG'S EXPIRATION DATE, AND HAS BEEN ADVISED THEY MAYBE ABLE TO RECOVER OUTSTANDING RESTITUTION WITH THE ASSISTANCE OF THE UNITED**

RECEIVED NOV 19 2004

PROB 12A
(12/98)

2

STATES ATTORNEY'S FINANCIAL LITIGATION UNIT.

Respectfully submitted,           Approved,

by  *[signature]*              by  *[signature]*
    Lorraine Cooper                  
    U. S. Probation Officer           Supervising U. S. Probation Officer
    Date:  November 17, 2004          Date: 11-19-04

[X]  I concur with the recommendation of the Probation Officer
[ ]  Submit a Request for Modifying the Condition or Term of Supervision
[ ]  Submit a Request for Warrant or Summons

*[signature]*
Signature of Judicial Officer

Nov 23, 2004
Date